IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-25-113-RAW |
| | ) |
| RAMONE ANTUANE NEWMAN, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Before the court is the objection in part of the government (#48) to the Report and Recommendation (#47) of the United States Magistrate Judge. Defendant has filed a response (#51) to the objection. The Magistrate Judge recommended that the defendant's motion to suppress be denied in all respects.

Under Rule 59(b)(1) F.R.Cr.P., the district court may refer suppression motions to a Magistrate Judge for a recommended disposition. In considering an objection, the district court must conduct de novo review and "may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." Rule 59(b)(3). The undersigned has reviewed the record.

The factual background is set forth in the Report and Recommendation. history.

The motion to suppress was directed toward (1) seizure of ammunition and (2) defendant's statements. The government's partial objection is that defendant did not have standing to bring a motion to suppress as to the ammunition, because defendant failed to present evidence that he rented the vehicle or lawfully possessed the rental vehicle. The government concedes that the defendant had standing to seek to suppress his statements. Despite the Report and Recommendation recommending denial of suppression as to the ammunition, the government requests that the issue of standing be addressed.

In response, the defendant has submitted a rental agreement (#51-1) which (defendant asserts) indicates that the vehicle was rented in defendant's name. The defendant's printed name, the initials "RN," and an illegible signature appear on the document. The undersigned is persuaded the Report and Recommendation would be properly affirmed on the issues it addresses. Still, as previously stated, Rule 59(b)(3) permits the court to receive further evidence. The government has not responded

on this point and the court will receive the proffered evidence of standing. Under either alternative, the Report and Recommendation is correct.

It is the order of the court that the partial objection of the government (#48) to the Report and Recommendation is overruled. The Report and Recommendation (#47) is approved and adopted as the order of the court. In the alternative, the court considers the rental agreement pursuant to Rule 59(b)(3).

The motion of the defendant to suppress (#24) is hereby denied.

**ORDERED THIS 7th DAY OF JANUARY, 2026.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma